**AUTOLIV ASP, INC. (Successor to Morton International, Inc.), Plaintiff–Appellant,**

v.

**PATENT HOLDING COMPANY, Defendant–Appellee.**

No. 01–1159.

United States Court of Appeals, Federal Circuit.

March 7, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).